UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRYELL JONES | * | |
|     Plaintiff | * | CASE NO. |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| ARNOLD HOLLEY, JR., | * | MAGISTRATE |
| DANA TRANSPORT, INC., AND | * | |
| NATIONAL UNION FIRE INSURANCE | * | |
| COMPANY OF PITTSBURGH, PA | * | |
|     Defendants | * | |
| | * | A JURY IS DEMANDED |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO:    The Honorable Judges
         of the United States District Court
         for the Eastern District of Louisiana

Defendants, **DANA TRANSPORT, INC.,** and **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,** (collectively hereinafter, "Defendants"), respectfully submit this Notice of Removal of the above-styled matter, and as cause therefore show as follows:

1.

On May 10, 2022, the attached Petition for Damages was filed in Civil District Court for the Parish of Orleans, State of Louisiana, entitled *Terryell Jones vs. Arnold Holley, Jr., Dana Transport, Inc., and National Union Fire Insurance Company of Pittsburgh, PA,* bearing case

number 2022-04133.[1] Defendant National Fire Insurance Company of Pittsburgh, PA was served through its registered agent on May 25, 2022. Defendant Dana Transport, Inc., was served through personal service on June 20, 2022.

2.

Defendants, National Union Fire Insurance Company of Pittsburgh, PA and Dana Transport, Inc., hereby consent to the removal of this action from the Civil District Court for the Parish of Orleans to the United States District Court for the Eastern District of Louisiana. Defendant Arnold Holley, Jr. has not yet been served with Plaintiff's lawsuit; therefore, his consent is unnecessary. Nevertheless, upon service, Arnold Holley, Jr. will be represented by undersigned counsel and will have no objection to removal. There are no other defendants in this case.

3.

This matter arises out of an automobile accident that occurred in New Orleans, Louisiana on January 20, 2022. In her Petition for Damages, Plaintiff alleges that she was driving her 2019 Volkswagen Jetta eastbound on Interstate 10 in Orleans Parish, Louisiana, when she was struck from behind by a 2009 Peterbilt 365 owned by Dana Transport, Inc., and operated by Arnold Holley Jr.[2] The collision allegedly caused Ms. Jones "to lose control of her vehicle and strike the concrete barrier to her left."[3] Mr. Holley was allegedly in the course and scope of employment with Dana Transport, Inc. at the time of the accident.[4]

---

[1] *See* Certified Suit Record, Petition for Damages, attached as Exhibit "A".
[2] Exhibit "A", ¶¶ 2-4.
[3] *Id.* at ¶ 5.
[4] *Id.* at ¶ 6.

4.

As a result of the accident and collision, Plaintiff alleges that she sustained past and future physical pain and suffering, mental anguish, loss of enjoyment of life, medical expenses, and lost earnings, as well as property damage and other elements of damages.[5] It is facially apparent to Defendants that the amount in controversy for this matter exceeds $75,000.00, exclusive of interest and costs.

4.

Further, on July 8, 2022, Defendants sent a Request for Admission to Plaintiff, asking her to "admit that your alleged damages do not exceed $75,000.00, exclusive of interest and costs." On July 14, 2022, Plaintiff responded that the Request for Admission was "denied."[6]

5.

While Defendants admit no liability, nor any element of damages, Defendants have met their burden of showing that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

6.

Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is, therefore, removable to this court on the basis that:

A. The properly joined parties to this action are completely diverse:

1. Plaintiff, Terryell Jones, is a Louisiana resident;

---

[5] *Id.* at ¶ 13.
[6] Exhibit "B," Response to Request for Admission.

    2.    Defendant, National Fire Insurance Company of Pittsburgh, PA, is a corporation incorporated under the laws of the State of Pennsylvania, with its principal place of business in the State of New York;

    3.    Defendant, Dana Transport, Inc.[7] is a corporation incorporated under the laws of the State of New Jersey, with its principal place of business in the State of New Jersey;

    4.    Defendant, Arnold Holley, is a Kentucky resident.

B.    The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

7.

This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interest and costs and complete diversity exists between all adverse and properly joined parties.

8.

The Civil District Court for the Parish of Orleans, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

9.

Defendants pray for a jury trial on all issues.

---

[7] Exhibit "C," Declaration of Representative of Dana Transport, Inc.

**WHEREFORE**, removing defendants, Dana Transport, Inc., and National Union Fire Insurance Company of Pittsburgh, PA, pray that the above action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed therefrom to this Honorable Court. Defendants additionally pray for a jury trial on all issues.

**Respectfully submitted,**

/s/ Peter J. Wanek
PETER J. WANEK (#23353)
KYLE P. KIRSCH (#26363)
LOU ANNE MILLIMAN (#23869)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 1810
New Orleans, LA 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
Attorneys for Defendants, Dana Transport, Inc., and
National Union Fire Insurance Company of Pittsburgh, PA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via e-mail this 18th day of July, 2022.

/s/ Peter J. Wanek