ATTORNEY'S NAME:  Fofanova, Olga V 37121
AND ADDRESS:  622 Baronne Street , New Orleans, LA 70113

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-04133      DIVISION: J      SECTION: 15

JONES, TERRYELL

Versus

HOLLEY, ARNOLD JR   ET AL

### CITATION

TO:      NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THROUGH:      ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

           8585 ARCHIVES AVE. BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay
provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for
your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New
Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service
operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to
free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-
1000.

     ********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA May 13, 2022

Clerk's Office, Room 402            CHELSEY RICHARD NAPOLEON, Clerk of
Civil Courts Building              The Civil District Court
421 Loyola Avenue               for the Parish of Orleans
New Orleans, LA 70112           State of LA
                                  by
                                  Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | ON NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER      RETURN | |
| _____    _____    _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 10916464            Page 1 of 2


EXHIBIT
A

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME:   Fofanova, Olga V 37121
AND ADDRESS:          622 Baronne Street , New Orleans, LA 70113

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-04133           DIVISION: J                    SECTION: 15
                        JONES, TERRYELL

Versus

HOLLEY, ARNOLD JR   ET AL

CITATION

TO:           NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
                8585 ARCHIVES AVE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 13, 2022

Clerk's Office, Room 402          CHELSEY RICHARD NAPOLEON, Clerk of
Civil Courts Building                  The Civil District Court
421 Loyola Avenue                    for the Parish of Orleans
New Orleans, LA 70112            State of LA
                                            By
                                            Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | ON NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| / ENTERED / | Deputy Sheriff of _____ |

| PAPER | RETURN |
| SERIAL NO.   DEPUTY   PARISH | |

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ATTORNEY'S NAME:    Fofanova, Olga V 37121
AND ADDRESS:        622 Baronne Street , New Orleans, LA 70113

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2022-04133 | DIVISION: J | SECTION: 15 |
|---|---|---|

JONES, TERRYELL

Versus

HOLLEY, ARNOLD JR   ET AL

## CITATION

TO:        DANA TRANSPORT, INC.

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: JIM BURGESS

4090 LA HIGHWAY 30, ST. GABRIEL, LA 70776

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay
provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for
your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New
Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service
operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to
free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-
1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA May 13, 2022

Clerk's Office, Room 402          CHELSEY RICHARD NAPOLEON, Clerk of
Civil Courts Building             The Civil District Court
421 Loyola Avenue                 for the Parish of Orleans
New Orleans, LA 70112             State of LA
                                  by
                                  Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON  DANA TRANSPORT, INC. | ON  DANA TRANSPORT, INC. |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: JIM BURGESS | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: JIM BURGESS |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said DANA TRANSPORT, INC. being absent from the domicile |
| / ENTERED / | at time of said service. |
| PAPER         RETURN | Returned the same day |
| / _____ / | _____ No. _____ |
| SERIAL NO.   DEPUTY      PARISH | Deputy Sheriff of _____ |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME:   Fofanova, Olga V 37121
AND ADDRESS:   622 Baronne Street , New Orleans, LA 70113

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2022-04133 | DIVISION: J | SECTION: 15 |
|---|---|---|

JONES, TERRYELL

Versus

HOLLEY, ARNOLD JR  ET AL

### CITATION

TO:   DANA TRANSPORT, INC.

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: JIM BURGESS

4090 LA HIGHWAY 30, ST. GABRIEL, LA 70776

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 13, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
By
Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON DANA TRANSPORT, INC. | ON DANA TRANSPORT, INC. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: JIM BURGESS | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: JIM BURGESS |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DANA TRANSPORT, INC. being absent from the domicile at time of said service. |
| No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | No. _____ |
| ___ / ENTERED / ___ | Deputy Sheriff of _____ |
| PAPER   RETURN | |
| ___ / ___ | |
| SERIAL NO.   DEPUTY   PARISH | |

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10916463          Page 1 of 2

ATTORNEY'S NAME:   Fofanova, Olga V 37121
AND ADDRESS:   622 Baronne Street , New Orleans, LA 70113

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-04133          DIVISION: J          SECTION: 15

JONES, TERRYELL

Versus

HOLLEY, ARNOLD JR   ET AL

## CITATION - LONG ARM

TO:          ARNOLD HOLLEY, JR.

THROUGH:   THE LOUISIANA LONG ARM STATUTE

8308 PADDLE CREEK ROAD, CATLETTSBURG, KY 41129

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 13, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON  ARNOLD HOLLEY, JR. | ON  ARNOLD HOLLEY, JR. |
| THROUGH:  THE LOUISIANA LONG ARM STATUTE | THROUGH:  THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ARNOLD HOLLEY, JR. being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER          RETURN | |
| _____ / _____ | |
| SERIAL NO.     DEPUTY     PARISH | |

ATTORNEY'S NAME:   Fofanova, Olga V 37121
AND ADDRESS:   622 Baronne Street , New Orleans, LA 70113

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2022-04133 | DIVISION: J | SECTION: 15 |
|---|---|---|

### JONES, TERRYELL

Versus

### HOLLEY, ARNOLD JR   ET AL

### CITATION - LONG ARM

TO:   ARNOLD HOLLEY, JR.

THROUGH:   THE LOUISIANA LONG ARM STATUTE

8308 PADDLE CREEK ROAD, CATLETTSBURG, KY 41129

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 13, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Malik Haley
Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | Petition for Damages WITH INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON ARNOLD HOLLEY, JR. | ON ARNOLD HOLLEY, JR. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said ARNOLD HOLLEY, JR. being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | No. _____ |
| PAPER · RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10916462                    Page 1 of 1

FILED
2022 MAY 10 AM 11: 37
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 22 - 4133        DIVISION J

TERRYELL JONES        SECTION 15

VERSUS

ARNOLD HOLLEY, JR., DANA TRANSPORT, INC., AND NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA

FILED: _____

_____
DEPUTY CLERK

*********************************************************************

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Terryell Jones, a person of

the full age of majority and domiciliary of the Parish of Orleans, State of Louisiana, who

respectfully represents:

1.

Made Defendants herein are:

A. ARNOLD HOLLEY, JR., a person of the full age of majority, domiciled in the
State of Kentucky;

B. DANA TRANSPORT, INC., a foreign corporation, authorized to do and currently
doing business in the State of Louisiana; and

C. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
a foreign insurance company, authorized to do and currently doing business in the
State of Louisiana.

2.

On January 20, 2022, Terryell Jones was driving her 2019 Volkswagen Jetta, traveling

eastbound on Interstate 10 in Orleans Parish, State of Louisiana.

3.

At the same time, Arnold Holley Jr., was operating a 2009 Peterbilt 365 owned by Dana

Transport, Inc., traveling directly behind Terryell Jones' vehicle.

4.

As Terryell Jones traveled on the interstate, Arnold Holley, Jr., struck the left rear corner

of her vehicle.

VERIFIED
5/13/22

5.

The force of the impact caused Terryell Jones to lose control of her vehicle and strike the concrete barrier to her left.

6.

At the time of this collision, Arnold Holley, Jr. was in the course and scope of employment with Dana Transport, Inc.

7.

Arnold Holley, Jr. was not properly vetted by Dana Transport, Inc.

8.

Dana Transport, Inc. did not have clear safety rules for its drivers.

9.

Dana Transport, Inc. did not provide a thorough training program to its drivers.

10.

Dana Transport, Inc. did not properly supervise its drivers.

11.

Terryell Jones was hurt because of the collision.

12.

The collision was caused by the negligence of Defendants in the following non- exclusive particulars:

    a) Arnold Holley, Jr. operated the truck in an unsafe manner;

    b) Arnold Holley, Jr. failed to see what should have been seen;

    c) Arnold Holley, Jr. failed to maintain a proper lookout;

    d) Arnold Holley, Jr. failed to take proper safety precautions under the circumstances;

    e) Arnold Holley, Jr. failed to maintain control;

    f) Arnold Holley, Jr. was following too closely;

    g) Arnold Holley, Jr. ran into the rear of another vehicle;

    h) Arnold Holley, Jr. did not bring his vehicle to a stop in time to prevent the collision;

i)  Arnold Holley, Jr. was not fit to drive the truck safely;

j)  Arnold Holley, Jr. was not qualified to drive the truck;

k)  Arnold Holley, Jr. was not properly trained to operate the truck; and

l)  Any and all other acts of negligence or other fault to be proven at trial.

13.

As a result of these injuries and negligence Defendants are liable to Terryell Jones for the following damages:

a)  Physical pain and suffering (past and future);

b)  Mental Anguish (past and future);

c)  Loss of enjoyment of life (past and future);

d)  Medical expenses (past and future);

e)  Lost wages/earnings (past and future);

f)  Property Damage; and

g)  Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

14.

At the time of the collision, there was in full force and effect, a policy of insurance issued by defendant, National Union Fire Insurance Company of Pittsburgh, PA, to Dana Transport, LLC, to pay Terrell Jones for the harms and losses caused by Arnold Holley, Jr. and Dana Transport, LLC, in the collision.

15.

Petitioner's damages are likely to exceed the amount required for trial by jury.

16.

Petitioner is entitled to and prays for a trial by jury.

WHEREFORE, Plaintiff, Terryell Jones, prays that the Defendants herein, Arnold Holley, Jr., Dana Transport, Inc., and National Union Fire Insurance Company of Pittsburgh, PA, be duly cited to appear and answer this Petition; that they be served with a copy of same; that, after due proceedings are had, there be judgment herein in favor of Plaintiff and against Defendants, Arnold Holley, Jr., Dana Transport, Inc., and National Union Fire Insurance Company of Pittsburgh, PA,

jointly and in solido, for such damages as are reasonable, together with legal interest thereon from date of judicial demand until paid; for all costs of this proceeding; and for all general and equitable relief.

Petitioner further prays for a trial by jury and for all other general or equitable relief deemed it.

Respectfully submitted by:

DUDLEY DEBOSIER APLC

W. PAUL WILKINS (#19830)
OLGA BOFANOVA (#37121)
1075 Government Street
Baton Rouge, LA  70802
Telephone: (225) 379-4938
Facsimile:  (225) 379-4988
pwilkins@dudleydebosier.com
ofofanova@dudleydebosier.com
*Attorney for Petitioner, Terryell Jones*

PLEASE SERVE:

ARNOLD HOLLEY, JR., VIA LOUISIANA LONG ARM STATUTE
8308 Paddle Creek Road
Catlettsburg, KY 41129

DANA TRANSPORT, INC.,
Through its agent for service of process
Jim Burgess
4090 LA Highway 30
St. Gabriel, LA  70776

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. _____                    DIVISION _____

TERRYELL JONES

VERSUS

ARNOLD HOLLEY, JR., DANA TRANSPORT, INC., AND NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA

FILED:_____      _____
                                      DEPUTY CLERK

**********************************************************************

### REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil

Procedure, you are hereby requested to send me, as counsel of record, written notice by mail, at

least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on

exceptions, rules, or on the merits thereof, or any assignment of fixing said case.

Also, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code

of Civil Procedure, you are hereby requested to send me immediate notice of any order or judgment

made or rendered in this case, upon the entry of such order or judgment.

This Request for Notice is made with full reservation of all rights, and I ask that you file

this Request in the record with my pleadings as formal notice of same.

Respectfully submitted by:

DUDLEY DEBOSIER, APLC

_____
W. PAUL WILKINS (#19830)
OLGA FOFANOVA (#37121)
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-4938
Facsimile: (225) 379-4988
pwilkins@dudleydebosier.com
ofofanova@dudleydebosier.com
*Attorney for Petitioner, Terryell Jones*

VERIFIED

*FILED
2002 MAY 10 AM 11: 37
CIVIL
DISTRICT COURT*

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

DOCKET NO. _____                                    DIVISION _____

### TERRYELL JONES

### VERSUS

### ARNOLD HOLLEY, JR., DANA TRANSPORT, INC., AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

FILED:_____          _____
                                                    DEPUTY CLERK

**********************************************************************

### PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Terryell Jones who propounds the following Interrogatories and Requests for Production of Documents upon defendants, Arnold Holley, Jr., Dana Transport, Inc., and National Union Fire Insurance Company of Pittsburgh, PA to be answered in writing, under oath and within the time permitted by the Louisiana Code of Civil Procedure Defendants are required to give separate and independent answers to each and every interrogatory.

### INTERROGATORY NO. 1:

Please identify the person(s) providing information for the responses to each and every one of the following Interrogatories, along with his/her address, relationship to defendant, telephone number, place of employment, work address, and phone number.

### INTERROGATORY NO. 2:

With regard to Arnold Holley, Jr., please state the following:

(A)   Full legal name, address, date of birth, social security number, present spouse, any/all past spouses, and any/all children;

(B)   Name, address, and telephone number of present employer and each and every employer for the past five (5) years;

(C)   Whether you are employed, and if so,

(1)   Rate of pay and annual income at present and for each of the past five (5) years;

(2)   Any/all other sources of income, including spouse's income, for the past five (5) years;

(3)   Normal days and hours worked;

(4)   Whether you worked on the day of the collision; and

**VERIFIED**

     (5)    Whether you were on the job, or on a work-related mission at time of this collision.

    (D)    Whether you have been convicted of any crime(s), including any traffic offenses, during the past ten (10) years, and if so, please list each and every such offense, including the date, type of offense, disposition of any such offense, and sentence imposed;

    (E)    Whether you have been involved in any automobile collisions within the past five (5) years, and if so, the date, location, and a brief description of the circumstances surrounding each and every such collision, including whether anyone was injured, whether anyone was cited, and whether any insurance claim(s) or lawsuit(s) resulted therefrom and the disposition of same;

    (F)    Whether you are or have been a party to any lawsuits within the past 5 years, and if so, the caption, docket number, Court, Parish/County, State, date filed, name of your attorney, type and nature of proceeding, and current status or outcome of any such lawsuit(s);

**INTERROGATORY NO. 3:**

Please identify any/all experts whom you have consulted or might call to testify at the trial of this matter, and state whether you have requested or obtained any reports from such experts, and the date and custodian of each and every such report.

**INTERROGATORY NO. 4:**

Please state the name, address, telephone number, and a brief synopsis of the expected testimony of each and every witness who has information relevant to any issue in this proceeding or whom you may call at the trial of this matter.

**INTERROGATORY NO. 5:**

Please state the author, recipient, date, length in pages, type, present custodian, and a brief synopsis of the contents of each and every exhibit, document, or thing that you may introduce into evidence at the trial of this proceeding.

**INTERROGATORY NO. 6:**

Please state whether, at the time of the collision at issue in this proceeding, there existed a policy of insurance which might provide coverage for the damages claimed by plaintiff, and, if so, please state the following:

    (A)    Policy number, effective date(s) and expiration date(s), types and limits of coverage, persons and vehicles insured under such policies and any/all other pertinent information regarding any such policy(ies) of insurance;

(B)   Whether you contend that any limitations or exclusions of such policy(ies) in any way limit the coverage afforded to defendant for the damages alleged in this proceeding;

(C)   Whether there exist any riders, endorsements, excluded drivers, or other modifications or amendments to such policy(ies); and recite in detail any/all such modifications or amendments in your responses hereto;

(D)   Any/all persons insured under such policies, and state specifically whether defendant is a named insured under such policy(ies).

**INTERROGATORY NO. 7:**

If any statements, recordings, or video tape have been taken from/of any witnesses or persons concerning the facts of this collision or the nature, character and extent of the injuries referenced in the Petition, please state the date and place each statement, recording, or video was taken, the name and address of the party having custody of each statement, recording, or video and subject, person(s) taking and any/all person(s) present when each statement recording, or video was taken.

**INTERROGATORY NO. 8:**

Please state the name, address, and telephone number of the titled owner of the truck driven by Arnold Holley, Jr. in this collision.

**INTERROGATORY NO. 9:**

Please state whether the damage to the vehicle(s) involved in this collision has been photographed, estimated, or appraised, and if so, please state the area(s) affected, the parts required and cost to repair or replace each such area, and the total dollar cost of such damage.

**INTERROGATORY NO. 10:**

If you contend that plaintiff or any third party is at fault for the collision sued upon herein, please state with specificity all acts of negligence you are contending, and please list name, address, and phone number of all parties and/or witnesses you believe will support your contentions.

**INTERROGATORY NO. 11:**

With regard to Arnold Holley, Jr., please state the following for each and every cellular phone in your or your spouse's name, or which you were using, or which was readily available for your use, on the date of the collision sued upon herein:

    a.     Cellular service provider;

    b.     Cellular phone number;

    c.     Account number; and

    d.     Accountholder's name

**INTERROGATORY NO. 12:**

Please list the name, address and telephone number of any and all physicians, clinics and/or hospitals that have rendered medical treatment in the last five (5) years to the Arnold Holley, Jr. for any illness or condition whatsoever.

**INTERROGATORY NO. 13:**

Did Arnold Holley, Jr. submit to a drug/alcohol screen or test within 24 hours of the collision? If so, state the time, date and address of the place where the screen or test was performed and the result of each such screen/test.

**INTERROGATORY NO. 14:**

Had Arnold Holley, Jr. consumed any drug, medicine, alcoholic beverage, narcotic, marijuana, barbiturate and\or hallucinogen in the twenty-four (24) hours preceding the collision giving rise to this litigation. If so, indicate the substances consumed or ingested, whether the substance was prescribed by a physician, and if so, by what physician and when.

**INTERROGATORY NO. 15:**

State whether any disciplinary action was taken against Arnold Holley, Jr. as a result of his driving that resulted in this collision and please state the information.

**INTERROGATORY NO. 16:**

List any and all prescription medications for which Arnold Holley, Jr. held a prescription on the date of the collision, including a description of each medication, the symptom/condition the medication was intended to treat, the physician(s) prescribing each and the pharmacy(ies) at which she filled those prescriptions.

**INTERROGATORY NO. 17:**

Please provide the make, model, manufacturer and identity of any GPS, black box, telematic, or similar system installed in the truck in question on the date of the collision.

**INTERROGATORY NO. 18:**

Does the truck involved in the collision have an on-board computer and/or Electronic Logging Device? If so, identify all disks, files, records, computer tapes and other written materials generated, or that can be generated, by the use of the on-board computer during the trip, further identifying whether or not the items are in, or ever have been in, your company's possession.

**INTERROGATORY NO. 19:**

Please state where Arnold Holley, Jr. was going at the time of the subject collision. As part of your response, please explain in detail where he was coming from at the time of the subject collision, by starting at the place and time he entered his vehicle for the first time on the day of the collision until he was involved in the collision, including each and every stop he made from when he first entered the vehicle until the time of the collision.

**INTERROGATORY NO. 20:**

Please describe in detail your version of how the collision sued upon herein occurred.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**

Please produce any and all photographs or video in any way related to the collision giving rise to this litigation, including, but not limited to:

A) In Cab video footage;

B) The plaintiff's vehicle;

C) The defendant's vehicle;

D) The location of the collision;

E) The Plaintiff' injuries;

F)  The defendant's injuries; and

G)   Anything else in any way related to the collision or the events which ensued therefrom.

**REQUEST NO. 2:**

Please provide a copy of any correspondence to or from any experts consulted or retained in this matter and provide a copy of any/all reports or other written documentation prepared by or received from such experts.

**REQUEST NO. 3:**

Please provide copies of any/all documents or things identified in connection with your response to Interrogatory No. 5 (exhibits).

**REQUEST NO. 4:**

Please provide copies of any/all policies described or referred to in connection with your response to Interrogatory No. 6, and all application(s), declarations pages, amendments, endorsements, or modifications or addenda thereto (policy).

**REQUEST NO. 4:**

Please provide copies of any/all statements, recording(s), or videotape(s) described or referred to in connection with your response to Interrogatory No. 7.

**REQUEST NO. 5:**

Please produce copies of any and all estimates, appraisals, diagrams, invoices, photographs, or other documents or things of any nature or description evidencing, documenting, or showing the damages to the vehicle(s) involved in this collision, or in any way responsive to Interrogatory No. 9.

**REQUEST NO. 6:**

Please produce all medical records of plaintiff in your possession, whether for treatment prior to or subsequent to the collision forming the basis for this suit.

**REQUEST NO. 7:**

Company manuals and/or guides regarding hiring, firing, and training of employees, specifically drivers.

**REQUEST NO. 8:**

Company manuals and/or guides regarding the guidelines for driving company vehicles.

**REQUEST NO. 9:**

Company manuals and/or guides regarding cell phone usage by employees while driving company vehicles.

**REQUEST NO. 10:**

Company manuals and/or guides regarding reprimanding employees for company violations.

**REQUEST NO. 11:**

Please produce all documents in possession of the company, whether stored electronically or in paper form, related in any manner to Arnold Holley, Jr., including but not limited to all documents in any type of employment file, personnel file, risk management file, safety file, training file, or any other company file, as well as any and all documents in the possession of the company related in any manner to the collision sued upon herein.

**REQUEST NO. 12:**

Please produce all repair and maintenance records on the Defendant Vehicle involved in the collision sued upon, from January 1, 2016 to present.

**REQUEST NO. 13:**

Please produce any and all impeachment evidence you have on plaintiff, and whether you intend to use it at trial.

**REQUEST NO. 14:**

All records of any investigation, evaluation or finding by Defendant, relating to whether the crash was preventable or non-preventable from the standpoint of its driver.

**REQUEST NO. 15:**

All documents generated by the company's incident review board and/or internal organization that review incidents of its drivers concerning the chargeability of the incident.

**REQUEST NO. 16:**

A copy of all policies and procedure manuals, memoranda or directives, standard operating procedures, training manuals or materials or videos, driver manuals, handbooks, presentations, employee manuals, handbooks or brochures and supplements and updates thereto used or prepared by or on behalf of the Defendant.

REQUEST NO. 17:

All agenda and minutes of safety department meetings, along with the agenda and sign in sheets, for a time period of 6 months prior to the crash to the present date.

REQUEST NO. 18:

A copy of the fuel history/receipts of the truck belonging to Defendants involved in this crash for the 30 days prior to the crash.

REQUEST NO. 19:

All bills of lading for the defendant for the entire trip that were delivered before or was to be delivered after the crash.

REQUEST NO. 20:

All documents within the possession and/or control of the defendant which contain information of any on-board recording monitor, Electronic Logging Devices, trip monitor, trip recorder, trip master, or device known by any other name which records information concerning the operation of the subject truck for the 30 days before the incident through the date of the incident.

REQUEST NO. 21:

A copy of all mobile phone records and/or all mobile radio transmissions for the telephone or radio assigned to the driver of the truck in this crash.

REQUEST NO. 22:

All driver logs within possession of defendant regardless of format, be it paper, electronic or otherwise.

REQUEST NO. 23:

A copy of all personal injury claims or suits brought against defendants within last 5 years.

REQUEST NO. 24:

Any and all indemnification agreements between this defendant and any other persons or entities which have been asserted in this case or which might apply to the claims made by Plaintiff.

**REQUEST NO. 25:**

Please produce any contracts or agreements between Arnold Holley, Jr., and Dana Transport, Inc., that would have been in effect on the date of the subject collision.

**REQUEST NO. 27:**

Please produce copies of any and all records reflecting the make, model, year, and registration of the vehicle (including the tractor and trailer) in question.

Respectfully submitted by:

DUDLEY DEBOSIER APLC

W. PAUL WILKINS (#19830)
OLGA FOFANOVA (#37121)
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-4938
Facsimile: (225) 379-4988
pwilkins@dudleydebosier.com
ofofanova@dudleydebosier.com
*Attorney for Petitioner, Terryell Jones*

PLEASE SERVE WITH PETITION

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO: 2022-04133          DIVISION: J          SECTION: 15

TERRYELL JONES

VERSUS

ARNOLD HOLLEY, JR., DANA TRANSPORT, INC., AND NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA

FILED: _____          _____
                                              **DEPUTY CLERK**

<u>RESPONSE TO REQUEST FOR ADMISSION</u>

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Terryell Jones, who

responds to the Request for Admission propounded by Defendants, National Union Fire Insurance

Company of Pittsburgh, PA and Dana Transport, Inc., as follows:

**<u>REQUEST FOR ADMISSION NO. 1:</u>**

Please admit that your alleged damages do not exceed $75,000.00, exclusive of interests

and costs.

**<u>RESPONSE TO REQUEST FOR ADMISSION NO. 1:</u>**

Denied.

Respectfully submitted by:

**DUDLEY DEBOSIER APLC**

___/s/ Olga Fofanova_____
**W. PAUL WILKINS, Bar Roll No.: 19830**
**OLGA FOFANOVA, Bar Roll No.: 37121**
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-4938
Facsimile: (225) 379-4988
pwilkins@dudleydebosier.com
ofofanova@dudleydebosier.com
*Attorney for Plaintiff, Terryell Jones*



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, facsimile, e-mail or by placing the same in the United States mail, properly addressed and postage pre-paid, this 14th day of July 2022.

_____/s/ Olga Fofanova_____
**OLGA FOFANOVA**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRYELL JONES** | * | |
| **Plaintiff** | * | **CASE NO.** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **ARNOLD HOLLEY, JR.,** | * | **MAGISTRATE** |
| **DANA TRANSPORT, INC., AND** | * | |
| **NATIONAL UNION FIRE INSURANCE** | * | |
| **COMPANY OF PITTSBURGH, PA** | * | |
| **Defendants** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION

**STATE OF NEW JERSEY**

**COUNTY OF MIDDLESEX**

I, Gene M. Patten, a person of lawful age and sound mind, declare that I am the Vice President of Safety & Compliance for Dana Transport, Inc., and as such, I have personal knowledge of Dana Transport, Inc.'s business operations. To my personal knowledge, Dana Transport, Inc. is incorporated in the State of New Jersey, and has its principal place of business in Avenel, New Jersey.

Thus done and signed at Avenel, New Jersey, this __5th___ day of July 2022.

_____
**GENE M. PATTEN**

**EXHIBIT**

**C**